**EXHIBIT 1**

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 1. | 16666-Oldham-01_<br>VA 2-282-703 | |
| 2. | 16666-Oldham-08_<br>VA 2-282-703 | |
| 3. | 16666-Oldham-12_<br>VA 2-282-703 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 4. | 16666-Oldham-17_<br>VA 2-282-703 | |
| 5. | 16666-Oldham-24_<br>VA 2-282-703 | |
| 6. | 16666-Oldham-27_<br>VA 2-282-703 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 7. | 16666-Oldham-34_<br>VA 2-282-703 | |
| 8. | 16666-Oldham-37_<br>VA 2-282-703 | |
| 9. | 16666-Oldham-38_<br>VA 2-282-703 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| | | |
| 10. | 16666-Oldham-42_<br>VA 2-282-703 | |
| 11. | 16666-Oldham-45_<br>VA 2-282-703 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 12. | 16666-Oldham-52_<br>VA 2-282-703 | |
| 13. | 16666-Oldham-54_<br>VA 2-282-703 | |
| 14. | 16666-Oldham-57_<br>VA 2-282-703 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 15. | 16666-Oldham-59_ VA 2-282-703 | |
| 16. | 16666-Oldham-61_ VA 2-282-703 | |
| 17. | 16666-Oldham-65_ VA 2-282-703 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 18. | 16666-Oldham-68_<br>VA 2-282-703 | |
| 19. | 1130-Maytor-03<br>VA 2-345-366 | |
| 20. | 1130-Maytor-06<br>VA 2-345-366 | |



| # | Subject Photographs | Accused Posts |
|---|---|---|
| 21. | 1130-Maytor-07<br>VA 2-345-366 | |
| 22. | 1130-Maytor-10<br>VA 2-345-366 | |
| 23. | 1130-Maytor-11<br>VA 2-345-366 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 24. | 1130-Maytor-13<br>VA 2-345-366 | |
| 25. | 1130-Maytor-15<br>VA 2-345-366 | |
| 26. | 1130-Maytor-27<br>VA 2-345-366 | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| 27. | 1130-Maytor-31<br>VA 2-345-366 | |
| 28. | 1130-Maytor-36<br>VA 2-345-366 | |
| 29. | 1130-Maytor-41<br>VA 2-345-366 | |