## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER KERHART, an individual | CASE NUMBER:<br><br>2:23-cv-01717-PA-DFM |
| v.      Plaintiff(s) | |
| PENSKE MEDIA CORPORATION, a Delaware Corporation; et al.<br><br>Defendant(s). | **NOTICE OF**<br>☒ **MEDIATION DATE**<br>☐ **AMENDED MEDIATION DATE** |

*INSTRUCTIONS: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel. The assigned Panel Mediator must file this Notice electronically using the following event: "Civil Events => Other Filings => ADR/Mediation Documents => Notice of Mediation Date (ADR-13)."*

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS**
☒ **SCHEDULED** ☐ **RESCHEDULED**
**A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  October 24, 2023 _____ at  9:30 _____ ☑ a.m. / ☐ p.m.

**LOCATION:**  Zoom _____

> **The mediation session must be completed and an ADR-03 Mediation Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and may only be granted by the Panel Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties may not request a continuance within three business days of a scheduled mediation. Be advised that the Panel Mediator is required to report to the Court after the mediation session as to whether the parties appeared at the mediation as required by Local Rule 16-15.5(b). General Order No. 11-10, § 8.9.

**Dated:** October 16, 2023 _____

| | |
|---|---|
| **Panel Mediator:** | Dorothy Wolpert |
| **Address:** | Bird, Marella |
| | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California  90067 |
| **Phone:** | (310) 201-2100 |
| **Email:** | dwolpert@birdmarella.com |

## PROOF OF SERVICE

### *Hunter Kerhart v. Penske Media Corporation, et al.*
### Case No. 2:23-cv-01717-PA-DFM

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On October 16, 2023, I served the following document(s) described as **NOTICE OF MEDIATION DATE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 16, 2023, at Los Angeles, California.

_____
Joannie U. Han-Dressor

1

2

**SERVICE LIST**
*Hunter Kerhart v. Penske Media Corporation, et al.*
**Case No. 2:23-cv-01717-PA-DFM**

3

4

5

6

7

8

Stephen M. Doniger
Benjamin Firestone Tookey
Doniger Burroughs APC
603 Rose Avenue
Venice, California  90291
Telephone:  (310) 590-1820
Email:  stephen@donigerlawfirm.com
Email:  btookey@donigerlawfirm.com
**Counsel for Plaintiff Hunter Kerhart**

Lincoln D. Bandlow
Rom Bar-Nissim
Law Offices of Lincoln Bandlow PC
1801 Century Park East, Suite 2400
Los Angeles, California  90067
Telephone:  (310) 556-9680
Email:  lincoln@bandlowlaw.com
Email:  rom@bandlowlaw.com
**Counsel for Defendants Penske Media Corporation, Dirt.com, LLC and The Hollywood Reporter, LLC**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28